| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CASE NO. 4:22-cr-224 |
| | § | |
| v. | § | UNITED STATES DISTRICT COURT |
| | § | |
| RYAN ELSHOLZ | § | EASTERN DISTRICT OF TEXAS |

## APPEARANCE OF COUNSEL

COMES NOW Defendant Ryan Elsholz, through his attorney, Walker Fults, in the matter stated above, and enters this Appearance of Counsel.

Defendant has retained Walker Fults to serve as his attorney in this matter.

    Respectfully submitted,
    Ryan Elsholz,
    By and through his attorney,


     /s/  Walker Fults_____
    Walker Fults

    Texas Bar Number 24083036

    LAW OFFICE OF WALKER FULTS
    3500 Maple Avenue
    Suite 550
    Dallas, Texas 75219
    (214) 838-0557 (office)
    (214) 399-1620 (cell)
    walker@dallastxcriminallawyer.com