IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:22CR224 |
| | § | Judge Mazzant |
| RYAN AUSTIN ELSHOLZ | § | |

## NOTICE OF APPEARANCE OF COUNSEL

The undersigned attorney, Thomas E. Gibson, enters his appearance as co-counsel in this case on behalf of the United States of America, and respectfully requests that he be added to receive all future notices, orders, and filings in this case through the Court's CM/ECF system.

Respectfully submitted,

BRIT FEATHERSTON
UNITED STATES ATTORNEY

*/s/ Thomas E. Gibson*
BY:  THOMAS E. GIBSON
Assistant United States Attorney
Texas Bar No. 07875450
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
Email: tom.gibson@usdoj.gov

ATTORNEY FOR THE UNITED STATES

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served via electronic filing (CM/ECF) to defense counsel on October 11, 2022.

                                             */s/ Thomas E. Gibson*
                                          THOMAS E. GIBSON
                                          Assistant United States Attorney